**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 7, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-2584

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,*<br><br>    *v.*<br><br>DANIEL ROSS,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Southern District of Illinois.<br><br>No. 02 CR 40004<br><br>William D. Stiehl,<br>*Judge.* |

**O R D E R**

After we ordered a limited remand, *see United States v. Booker*, 543 U.S. 220 (2005); *United States v. Paladino*, 401 F.3d 471, 484 (7th Cir. 2003), the district judge informed us that he would have imposed the same sentence on Daniel Ross had he known the sentencing guidelines were advisory. Because that sentence is within the properly calculated guidelines range, it is presumptively reasonable. *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005). Ross now contends that his sentence is unreasonable because it is longer than necessary to promote respect for the law and because his time incarcerated will leave him inadequately educated and vocationally unprepared. *See* 18 U.S.C. § 3553(a). But neither these arguments nor our independent review suggest unreasonableness, and therefore the judgment is AFFIRMED.